UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELIZABETH BOVA, et al.,

                    Plaintiff(s),

        v.

SUNBEAM PRODUCTS INC.,

                    Defendant(s).

CASE NO. C24-5208-KKE

ORDER DENYING STIPULATED
MOTION TO CONTINUE CERTAIN
DEADLINES

The parties filed a stipulated motion to continue certain pretrial deadlines by 60 days, without continuing the trial date, which is currently October 6, 2025. Dkt. No. 23. The Court requires approximately 120 days between a dispositive motions deadline and a trial date, and the parties' proposed extensions do not accommodate this. *See* Dkt. No. 23 at 2 (requesting that the dispositive motions deadline be extended to August 9, 2025).

Accordingly, the Court DENIES the parties' stipulated motion to continue certain dates. Dkt. No. 23. The parties are directed to contact courtroom deputy Diyana Staples at diyana_staples@wawd.uscourts.gov regarding the Court's trial date availability, if they intend to file a future motion to continue the trial date and pretrial deadlines.

Dated this 5th day of March, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED MOTION TO CONTINUE CERTAIN DEADLINES - 1