The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIZABETH BOVA and PHILIP BOVA, | No. 3:24-cv-05208-KKE |
| Plaintiffs, | STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND PRETRIAL DEADLINES |
| v. | |
| SUNBEAM PRODUCTS, INC., | |
| Defendant. | |

COME NOW Plaintiffs Elizabeth Bova and Phillips Bova, and Defendant Sunbeam Products, Inc., by and through their respective undersigned counsel, and hereby stipulate and jointly request an extension of approximately 60-days for the following deadlines in order for the parties to complete fact witness depositions, a joint evidence exam, expert discovery, and litigate all other remaining issues.

| EVENT | DATE |
|---|---|
| TRIAL SET FOR 9:30 a.m. on | December 8, 2025 |
| Disclosure of expert testimony under FRCP(a)(2) | May 9, 2025 |
| All motions related to discovery must be filed by: | June 9, 2025 |

| Discovery must be completed by: | July 9, 2025 |
|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by: | August 9, 2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | October 8, 2025 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | November 17, 2025 |
| Trial briefs, joint brief on motions in limine, proposed voir dire questions, and deposition designations due | November 24, 2025 |
| Pretrial conference | TBD |

This is a complex product liability action, and the parties have been diligently litigating this matter to date. Counsel for Plaintiff and Defendant have several cases pending nationwide involving the same or similar products involved in Plaintiffs' lawsuit. Counsel for Plaintiffs and Defendant have been working diligently and cooperatively to conduct discovery on these cases, including the subject case in accordance with the schedules of the attorneys, witnesses, experts, and various court deadlines. Document discovery is voluminous and involves hundreds of thousands of pages.

While the parties have been diligently moving this litigation forward, it is not possible for the parties to meet the Court's current deadlines. Based on the facts described herein, the parties jointly request that aforementioned deadlines be extended by approximately 60-days. Under the circumstances described herein, because the parties cannot meet the current deadlines, good cause exists to modify the operative Scheduling Order.

This is the parties' first request to modify the Schedule Order.

JOINT MOTION AND ORDER CONTINUING
TRIAL DATE AND PRETRIAL DEADLINES - 2

DATED this 7th day of March, 2025.

I certify that this memorandum contains 336 words, in compliance with the Local Civil Rules.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, WA  98104
Ph: (206) 625-8600 | Fax: (206) 625-0900
bmarksdias@corrcronin.com

David O'Connell, *Admitted Pro Hac Vice*
Matthew C. Wilson, *Admitted Pro Hac Vice*
GOLDBERG SEGALLA LLP
1700 Market Street, Suite 1418
Philadelphia, PA 19103-3907
Ph: (267) 519-6876 | Fax: (267) 519-6801
doconnell@goldbergsegalla.com
mwilson@goldbergsegalla.com

*Attorneys for Defendant Sunbeam Products, Inc.*

STRITMATTER KESSLER KOEHLER MOORE

*s/ Daniel R. Laurence*
Daniel R. Laurence, WSBA No. 19697
3600 15th Avenue West, Suite 300
Seattle, WA 98119
Ph: (206) 448-1777
dan@stritmatter.com

Adam M. Carlson, *Admitted Pro Hac Vice*
CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
Ph: (925) 947-1147
carlson@cmslaw.com

JOINT MOTION AND ORDER CONTINUING
TRIAL DATE AND PRETRIAL DEADLINES - 3

George E. McLaughlin, *Admitted Pro Hac Vice*
McLAUGHLIN LAW FIRM PC
1890 Gaylor Street
Denver, CO 80206
Ph: (720) 420-9800
gem@mcllf.com

*Attorneys for Plaintiffs*

# ORDER

The Court GRANTS the parties' stipulated motion to continue the trial date and pretrial deadlines. Dkt. No. 25. The trial date and unexpired deadlines in the previous case schedule (Dkt. No. 13) are VACATED, and the courtroom deputy shall enter an amended case schedule in accordance with the parties' stipulated motion.

DATED this 7th day of March, 2025.

*/s/ Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge