UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH BOVA, et al.,<br><br>    Plaintiff(s),<br><br> v.<br><br>SUNBEAM PRODUCTS INC.,<br><br>    Defendant(s). | CASE NO. C24-5208-KKE<br><br>ORDER STRIKING MOTION FOR LEAVE |

  Due to a calendaring error, Defendant failed to file a dispositive motion by the deadline and now seeks leave to do so. Dkt. No. 29. Defendant's motion for leave will not be ripe until September 23, 2025, which is approximately six weeks after Defendant's dispositive motion was due. Dkt. Nos. 27, 29. The Court's schedule does not permit a dispositive motion to be filed so close to a trial date; the Court schedules 120 days between a dispositive motions deadline and a trial date. *See, e.g.*, Dkt. Nos. 24, 28. Here, the trial is set for December 8, 2025, and even if the parties had agreed that Defendant could file a dispositive motion on September 2, it would not be ripe until September 30, 2025.

  If Defendant wishes to extend the dispositive motions deadline to accommodate its late filing, it must seek modification of the case schedule: the late filing of a dispositive motion impacts the entire case schedule. The Court has already reminded the parties of this interconnectedness between the dispositive motions deadline and the trial date once before. *See* Dkt. No. 24.

ORDER STRIKING MOTION FOR LEAVE - 1

Therefore, the Court STRIKES Defendant's motion for leave.  Dkt. No. 29.  Any future motion addressing the dispositive motions deadline, whether agreed or contested, should address the standards applicable under Federal Rule of Civil Procedure 16(b)(4) for modifying a case schedule.

Dated this 3rd day of September, 2025.

Kymberly K. Evanson
United States District Judge