UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH BOVA, et al.,<br><br>                Plaintiff(s),<br>   v.<br><br>SUNBEAM PRODUCTS INC.,<br><br>                Defendant(s). | CASE NO. C24-5208-KKE<br><br>ORDER VACATING CASE SCHEDULE |

The parties have notified the Court that they have settled this matter. Dkt. No. 35. The Court therefore VACATES the pretrial deadlines and trial date (Dkt. No. 27) and ORDERS the parties to file dismissal paperwork no later than January 26, 2026.

Dated this 25th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER VACATING CASE SCHEDULE - 1