UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH BOVA, et al.,<br><br>                Plaintiff(s),<br>   v.<br><br>SUNBEAM PRODUCTS INC.,<br><br>                Defendant(s). | CASE NO. C24-5208-KKE<br><br>ORDER EXTENDING DEADLINE TO FILE DISMISSAL PAPERWORK |

After the parties notified the Court that they had settled the claims in this action, the Court vacated the trial date and ordered the parties to submit dismissal paperwork no later than January 26, 2026. Dkt. No. 36. The parties have filed a stipulation requesting an extension of that deadline. Dkt. No. 37. The Court finds good cause to accept the stipulation, and therefore ORDERS the parties to file dismissal paperwork no later than March 6, 2026.

Dated this 14th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING DEADLINE TO FILE DISMISSAL PAPERWORK - 1